RONALD JAMES DAVENPORT, Estate.
Executor Office.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Done by the light of day of seventeen November two-zero one zero

===========================
Mailed by Certificate of Mailing, USPS 3817
===========================

# NOTICE OF POSTAL LOCATION CHANGE

OFFICE OF CLERK OF COURT
Attention: James R. Larsen
Suite 840
920 W. Riverside
Spokane, Washington  99201

To: The Office of Clerk of Court.

From: Executor Office – RONALD JAMES DAVENPORT, Estate.

Regarding: Postal Location Change

Enclosed you will find an order to change the Postal Location for the RONALD JAMES DAVENPORT, Estate; Certified Document No. 7010 0780 0001 5914 0607, dated fifteen November two-zero one-zero that was sent to the Chewelah Post Office. Please update your records for Case No. *CV-08-158-FVS* and Case No. *CR-10-0061-KI*. Be sure to notify by ECM all of the Attorneys, Judges, and Public Defenders of the Postal Location Change.

Govern yourself accordingly,

By: executor _____
Executor Office.
RONALD JAMES DAVENPORT, Estate.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Copy to: Office of Governor
Attention: Arnold Schwarzenegger
State of California

Copy to: Office of Attorney General
Attention: Edmund G. Brown Jr.
State of California

RECEIVED

NOV - 9 2010

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

RONALD JAMES DAVENPORT, Estate.
Executor Office.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Done by the light of day fifteen November two-zero one-zero.
==== =====================
7010 0780 0001 5914 0607
==== =====================

OFFICE OF POSTMASTER
ATTENTION: POSTMASTER
UNITED STATES POST OFFICE
202 E. MAIN STREET
CHEWELAH, WASHINGTON
U.S.A. [99109]

To: The Office of Postmaster;

From: Executor Office to RONALD JAMES DAVENPORT, Estate;

Regarding: Postal location for RONALD JAMES DAVENPORT, Estate
[Autographed and dated USPS FORM-3575: Change of Address Request – attached hereto]

As occupant to the executor office to RONALD JAMES DAVENPORT, Estate, you are herein warranted to change the postal location for said estate to the following:

RONALD JAMES DAVENPORT, Estate.
Executor Office.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Please note that by my authority as occupant to executor office to RONALD JAMES DAVENPORT, Estate, any and all future postal material that was previously sent to 2581-B Egger Farm Way, Chewelah, WA [99109] for RONALD JAMES DAVENPORT or any derivation thereof shall immediately be directed to the above postal location. This matter is herein Adjourned.

govern yourself accordingly.

By: executor /s/ Ronald James Davenport
RONALD JAMES DAVENPORT, Estate.
Executor Office.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Certified Document:

copy to: Office of Governor,
Attention: Arnold Schwarzenegger
State of California

copy to: Office of Attorney General
Attention: Edmond G. Brown, Jr.
State of California

**JURAT**

Please note that by my authority as occupant to executor office to RONALD JAMES DAVENPORT, Estate, any and all future postal material that was previously sent to 2581-B Egger Farm Way, Chewelah, WA [99109] for RONALD JAMES DAVENPORT or any derivation thereof shall immediately be directed to the above postal location. This matter is herein Adjourned.

govern yourself accordingly.

By: executor *Ronald James Davenport*
RONALD JAMES DAVENPORT, Estate.
Executor Office.
Nation Washington.
General Post-Office.
Chewelah. Davenport Province.
United States Minor Outlying Islands.
Near. [99109-9998]

Certified Document:

copy to: Office of Governor,
Attention: Arnold Schwarzenegger
State of California

copy to: Office of Attorney General
Attention: Edmond G. Brown, Jr.
State of California

## JURAT

**STATE OF WASHINGTON** )
                                  ) ss
**COUNTY OF STEVENS** )

SUBSCRIBED TO AND SWORN before me this 15th day of November, A.D. 2010, a Washington State Notary, that Ronald-James, Davenport personally appeared, and known to me to be the man whose name is subscribed to in this instrument and acknowledged to be the same.

__CARLA M HOCH__
Notary Public in and for said State

My Commission expires: My Commission Expires February 03, 2014

