Ronald James Davenport
c/o 2581-B Egger Farm Way
Chewelah, Washington; near [99109]
Non-Domestic Without the United States
509-935-4930

November 26, 2010

Clerk of Court
U.S District Court, Eastern Washington
920 W. Riverside
Spokane, WA  99201

RE: Change of Address, for case No CV-08-158-FVS and CR-10-0061-KI

Dear Clerk,

Please disregard the last change of address that I sent you, I made a mistake, so please note the above address as this is my new mailing address and telephone number.

Thank You,

By: .. *Ronald James Davenport*
Ronald James, of the Clann Davenport

RECEIVED

NOV 2 9 2010

CLERK, U.S. DISTRICT COURT
SPOKANE, WA