FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 1 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  Trust Recipient
   No. 983147-321018-220052
2  Care of 2581-B Egger Farm Way
   Chewelah, Washington [99109]
   509-935-4930
3

4        # district court of the united States of America,
                      # Eastern Washington
5

6  UNITED STATES OF AMERICA        )
                                   )
                                   )
7        Plantiff                  )    **case # CR-10-0061-KI**
                                   )
8            v.                    )
                                   )    **PETITION TO DISMISS AND**
9                                  )    **CONVEYANCE OF AN ECCLES-**
                                   )    **IASTICAL DEED POLL**
10 RONALD JAMES DAVENPORT          )
   Trust Corpus of a Cestui Que ((Vie)) Trust )
11                                 )
         Defendant                 )
12 _____

13      **PETITION TO DISMISS AND CONVEYANCE OF AN**

14              **ECCLESIASTICAL DEED POLL**

15

         **I. Sacred Pronouncements from the Divine Creator**

16 1.      We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as Ronald

17 James of the Clann Davenport, hereby give life and personality to this sacred Petition to Dismiss

18 and Conveyance of The Ecclesiastical Deed Poll through Our seal in blood and agreement to the

   conveyance and terms pronounced herein:

19 2.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

20 Ronald James of the Clann Davenport, hereby Denounce all Roman Slave Law *ab initio*, all

21 Papal Bulls [Ba'al] *ab initio*, all directives from the CROWN BAR of London to the various

   BAR Associations around the world *ab initio*, all laws derived from the Talmud *ab initio*, all

22 laws derived from the Roman Cult Legal Slave System *ab initio*. The system of Roman Slave

23 Law has no Divine beginning, does not have authorization from the Divine Creator to enslave the

24 entire Homo Sapien race, and therefore the Roman Slave laws attempting to convict us are

1  reprobate (**Article 64**) *ab initio* and repugnant to Unique Collective Awareness also known as

2  the Divine Creator.

3.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

3  Ronald James of the Clann Davenport, hereby announce to the World of the Roman Slave

4  Controllers that the Divine Immortal Spirit Person known as Ronald James of the Clann

Davenport hereby Declare that all chains of Slavery (Voluntary or Otherwise) known as Cestui

5  Que (Vie) trusts are now and forever more Dissolved by Order of the Ecclesiastical Deed Poll

6  annexed to this instant document and glued on the back of the front and last page of the

7  Indictment, and sealed in BLOOD by this Divine Immortal Spirit Person with full support of the

8  Divine Creator.

4.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

9  Ronald James of the Clann Davenport, hereby announce to the World that the Legal Status and

10  Standing of Ronald James of the Clann Davenport is that of a Divine Immortal Spirit Person, a

11  member of the Society of One Heaven that is part of the whole of the Unique Collective

Awareness also known as the Divine Creator.

12  5.      That WE, the Divine Immortal Spirit, expressed in Trust, to the living Flesh known as

13  Ronald James of the Clann Davenport, announces to the world that the truth contained within the

14  pages of The Covenant of One Heaven is our Spiritual and Physical guide and covenant while on

this earthly plane.

15  6.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

16  Ronald James of the Clann Davenport, hereby announce to the World that Ronald James of the

17  Clann Davenport is a Trustee of a Divine True Trust, # 983147-321018-220052 as recorded at

the Society of One Heaven.

18  7.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

19  Ronald James of the Clann Davenport, hereby announce and declare to this court and the world

20  that Ronald James of the Clann Davenport will be using the Canons of Positive Law, the only

Living Law as written and recorded at www.one-heaven.org as their only legal references.

21  8.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as

22  Ronald James of the Clann Davenport, hereby announce and declare that any and all documents

23  allegedly signed prior to December 2, 2010 with reference to any segment of this case or any

other case connected to this case, any and all evidence which might have been signed by the

24

1   alleged defendant, any and all actual documents which could be used as a confession that the

2   previous slave and alleged defendant known as RONALD JAMES DAVENPORT might have
    signed or alleged to have signed was done by an incompetent Inferior Roman Slave as a dead

3   person with no rights. Therefore the documents with the alleged signatures of the alleged

4   defendant and Inferior Roman Slave have no legal effect upon the Divine Immortal Spiritual

5   Person known as Ronald James of the Clann Davenport and are null and void *ab initio*.

6   9.      That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as
    Ronald James of the Clann Davenport, hereby announce and declare that Ronald James of the

7   Clann Davenport is not the Trustee, Executor or Surety (**Article 117**) of any Roman Cestui Que

8   (Vie) trust bearing the Corpus name of RONALD JAMES DAVENPORT. The Ecclesiastical
    Deed Poll glued to the back of the first and last page of the Indictment is clear, dissolve the

9   Roman Slave chains that bind the flesh to the Roman Cult also known as the Vatican also known

10  as the Roman Catholic Church. This is not a wish or hope, it is a direct command from the

11  Divine Creator.

    10.     That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as
12  Ronald James of the Clann Davenport, hereby announce and declare that Ronald James of the

13  Clann Davenport is not the "Owner" of anything, and does not have the right to "Own" anything.

14  The Divine Creator is the "owner" of all to include the flesh that WE occupy while roaming on
    the Earth. The only Right the Creator has given US is the "Divine Right of Use", nothing more

15  nothing less. The Divine Creator created everything on Earth for our Benefit and Use, therefore

16  WE cannot "OWN" anything. The Roman Cult would have us believe something different,

17  which would be a lie.

    11.     That WE, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as
18  Ronald James of the Clann Davenport, hereby announce and declare that Ronald James of the

19  Clann Davenport has not and does not consent to any statute, code, rule or regulation based on

20  the Roman Cult also known as the Holy See, also known as the Vatican, also known as the
    Roman Catholic Church as such statute, code, rule or regulation is repugnant to the Divine

21  Creator and is void and of no legal effect *ab initio*.

22

23

24

## II. Lack of Consent

12.    The court lacks jurisdiction to continue because We did not give our consent (**Article 114**) voluntarily to the proceedings. All presumed and assumed facts are in error because at arraignment the man/spirit standing there in front of Judge Whaley was just Hi-Jacked at Gun Point, arrested and Kidnapped, restrained in arm and foot chains, and transported to the U.S. District Courthouse in Spokane, Washington. The man/spirit known as Ronald James of the Clann Davenport was under extreme Threat, Duress (**Article 137**), Coercion and mental anguish for the barbaric treatment bestowed upon us by the Roman Slave Police. We made sure that Judge Whaley knew that we were a man/spirit with flesh that lives and blood that flows, not just a dead inferior roman slave.

## III. Mistake of Fact

13.    We made a Mistake (**Article 142**) when We erroneously believed that when We answered Judge Whaley's question "Is your name Ronald James Davenport" with our reply by properly spelling the name of the living flesh, Ronald James Davenport, that We identified the man/spirit standing in the court. What WE did not know at the time was that Judge Whaley was actually calling out the Trust Corpus name of the Cestui Que (Vie) Trust and that when WE answered WE became the Trustee/Surety for the Trust and liable for the charge. Judge Whaley concealed (**Article 148**) this fact from us that the name on the indictment was really that of the Trust Corpus of the Cestui Que (Vie) Trusts formed by the UNITED STATES. Judge Whaley through fraud and deceit misrepresented (**Article 147**) to us the name he called was anything but identification of the man/spirit standing in court and he failed to disclose to us that the Name was actually that of the Trust Corpus spelled in all Capital Letters. We did not know that the Trust Corpus Name of the Cestui Que (Vie) Trust was being read into the record.

14.    We made a Mistake (**Article 142**) when we erroneously believed the Immortal words of Thomas Jefferson as written in the Declaration of Independence, that all Men are created equal with unalienable rights of life, liberty and the pursuit of happiness (property). That erroneous belief created by the false propaganda of the Public Media Organs throughout our adult life caused us to believe we had rights of life, liberty and the pursuit of happiness (property and the use of property) to our determent. These false beliefs caused us to pursue a course of action

1  which was consistent with the doctrine of unalienable rights out of The Law of Necessity to

2  protect our home and property from seizure by a false Roman organization.

3  15.    We made a Mistake when we erroneously believed that the constitution for the United
States of America was the written guiding principals and limitations for the elected government

4  of the United States of America. That erroneous belief created by the false propaganda of the

5  Public Media Organs throughout our adult life caused us to believe that we had rights of life,
liberty and the pursuit of happiness (property and the use of property) protected by the

6  constitution of the united States of America. These false beliefs caused us to pursue a course of

7  action which was consistent with the doctrine of unalienable rights out of The Law of Necessity

8  to protect our home and property from seizure by a false Roman organization. That erroneous
belief is further supported by the definition of Constitution in the Canons of Positive Law at

9  (**Article 134**).

10  16.    We made a Mistake when we erroneously believed that we as a Divine Immortal Spirit

11  living in the flesh with blood that flows and flesh that lives have the unalienable right to Real
Property, that is the Divine Right of Use. That erroneous belief created by the false propaganda

12  of the Public Media Organs throughout our adult life caused us out of the Law of Necessity to

13  prepare a defense against the claims of the plaintiff based on false assumptions and beliefs that I

14  am a person that has rights to Real Property. The assumption that I have rights to Real Property
is quickly dispelled when one realizes that a Cestui Que (Vie) Trust is created after the birth of

15  the child, after the Certificate of Live Birth is issued, the name is Registered creating the

16  Corporate Person and denying the child any rights as an owner of Real Property. (**Article 133**)

17  17.    We made a Mistake when we erroneously believed that we were a free man living on the
land with unalienable rights.  That erroneous belief created by the false propaganda of the Public

18  Media Organs throughout our adult life caused us out of the Law of Necessity to prepare a

19  defense against the claims of the plaintiff based on false assumptions and beliefs that we are a

20  free man that has rights to Real Property. The assumption that we are a free man and not a
Roman Cult slave is quickly dispelled when one realizes that another Cestui Que (Vie) Trust is

21  created after the birth of the child and the child is given away by its' parents by the signing and

22  dating of the Certificate of Live Birth for the child. The live birth record as a promissory note is

23  converted into a slave bond and sold to the private reserve bank and conveyed into a 2nd Cestui
Que (Vie) Trust owned by the bank. Upon maturity of the promissory note and unable to "seize

24

1   the slave child", a maritime lien is created then monetized as currency issued in series against the

2   2nd Cestui Que (Vie) Trust that is owned by the private reserve bank. (**Article 133**)

3   18.     We made a Mistake when we erroneously believed that as a freeman the Divine spirit was also free from any restrictions. The false propaganda of the Public Media Organs and

4   Organized Religion throughout our adult life caused us to believe that we have unalienable

5   spiritual rights. The assumption that we are a Divine Creation with unalienable physical and spiritual rights is quickly dispelled when one realizes that a third Cestui Que (Vie) Trust is

6   created after a child is baptized and a Baptismal Certificate is issued, and the parents

7   unknowingly gifted and granted the conveyance of the baby's soul into yet another Cestui Que

8   (Vie) Trust owned by the Roman cult known as the Roman Catholic Church. (**Article 133**)

9   ## IV. A World of Slavery, quoted from De Pronontionis Pactum UCADIA

10  19.     "You are a slave, just as your parents, your grandparents and great grandparents were

11  slaves. You may be lucky enough to live in a pleasant plantation with other slaves, managed by

12  overseer slaves such as police, judges, doctors and politicians where few examples of slave cruelty occur. Or you may be witnessing changes in the community plantation, which is part of a

13  state slave plantation and national slave plantation where there is more crime, more misery and

14  death. The fact that you are a slave is unquestionable. The only unknown is whether you will

15  permit your children and their children to also grow up as slaves; and

16  20.     You are a slave because you live under slave law, also called Commercial Law and Uniform Commercial Codes (UCC) first introduced in 1933 and based upon the ancient

17  principles of Sumerian slave law enshrined in the Ur-Nammu Code of 1900 BCE that "all crime

18  against slaves is commercial". Under the UCC Slave Laws applied to all nations as corporations registered in the state of Delaware of the United States, corporations hold no real property, only

19  debt and the energy of slaves, with you considered an employee of a corporation and its surety as

20  evidenced by the certified copy of the birth certificate which you hold, but can never own; and

21  21.     Therefore under the UCC Slave Laws which most slave plantations of the world operate you can never own a house, even though they trick into believing you do; you never really own a

22  car, or boat or any other object, only have the benefit of use. Indeed, you do not even own your

23  own body, which is claimed to have been lawfully gifted by your parents at your birth in the

24  traditions of old slave contracts in which the slave baby had its feet or hands dipped in ink, or a

1    drop of blood spilt on the commercial transaction document we know as the live birth record;

2    and

3    22.    You may not realize you are a slave under the slave laws of Uniform Commercial Codes (UCC), but may still erroneously believe you are slave with "more rights" as used to be afforded

4    under "Common Law" until it was largely abolished back in 1933 without properly telling you.

5    The word "common" comes from 14th Century Latin communis meaning "to entrust, commit to a burden, public duty, service or obligation". The word was created from the combination of two

6    ancient pre-Vatican Latin words com/comitto = "to entrust, commit" and munis = "burden,

7    public duty, service or obligation". In other words, the real meaning of common as first formed

8    because of the creation of the Roman Trust over the planet is the concept of "voluntary servitude" or simply "voluntary enslavement"; and

9    23.    Common Law is nothing more than the laws of "voluntary servitude" and the laws of

10    "voluntary slavery" to the Roman Cult and the Venetian Slavemasters. It is the job of the

11    overseer slaves to convince you that you are not slaves, the common law still exists and has not been largely abolished and replaced with commercial law, to confuse you, to give you false hope.

12    In return, they are rewarded as loyal slaves with bigger homes to use and more privileges than

13    other slaves; and

14    24.    The reason why the overseer slaves such as judges, politicians, bankers, actors and media personalities are forced to lie and deny we are all slaves is because the slave system of voluntary

15    servitude or "common law" was not the first global slave system, but merely its evolution.

16    Before the emergence of Common Law, we were all subject to being considered mere animals or

17    things under Canon Law of the Roman Cult, also known as the Law of the See, or Admiralty Law; and

18    25.    Under Admiralty Law, you are either a slave of the ship of state, or merely cargo for

19    lawful salvage. Thus in 1302 through Unam Sanctam, the Roman Cult unlawfully claimed

20    through trust the ownership of all the planet and all living "things" as either slaves, or less than slaves with things administered through the Court of Rota. This court, claimed as the Supreme

21    Court of all Courts on the planet was initially abolished in the 16th Century only to be returned

22    in 1908 under Pope Pius X as a purely spiritual ecclesiastical court of 12 "apostolic

23    prothonotary" spirits, implying the twelve apostles. Since then, this new purely spiritual court

24

1    has remained in constant "session", with the local courts using these powers to administer Divine

2    Immortal Spirits expressed in Trust into Flesh Vessels as mere dead things ; and

3    26.    Yet this is not the only form of slave law still in force today. Instead, the oldest, the most evil and based on false history are the slave laws of the Menasheh, also known as the Rabbi

4    through the unholy document of hate first formed in 333 known as the Talmud of the Menasheh-

5    the false Israelites. Through the Talmud of the false Israelites, the whole planet is enslaved with the servants of the "chosen people" known as Caananites or K-nights (Knights) also known as

6    the Scythians and then the rest as the goy/gyu and goyim – namely meaning the cattle, the dead

7    lifeless corpses; and

8    27.    The truth known by those who claim to rule and by those who loyally serve such pretenders is that the world has been enslaved for many hundreds of years, without respite until

9    now.

10    28.    Before this time, the system of global slavery and the treatment of the world as one large

11    slave plantation was designed so there is no way out – as evidenced through the courts of the priests of Ba'al known as the judges of most legal systems in the world; and

12    29.    Even the most educated of men and women may remain tricked into believing that upon

13    self representation they may claim their "common law rights" as a means of defense, only to find

14    the judge lawfully rejects any and all claims. As the first law of the courts is the Uniform Commercial Codes of slavery as introduced in 1933, the defendant is an employee of a

15    corporation and therefore automatically assumes the liability of any injury. Unless they can pay,

16    they may be sent to prison; and

17    30.    If such a trickster as the judge is challenged, they are permitted to escape to their chambers and call upon even greater power to return and magically establish a new court,

18    without telling the defendant they have now entered Admiralty Court, or the laws of the See in

19    accordance with Canon Law of the Roman Cult issued in 1983. Now the judge can impose grave

20    penalties upon such an unresponsive defendant including contempt of court and other punitive prison sentences, with the defendant having no rights unless they know Canon Law concerning

21    juridic persons and establishing standing above being called a "thing"; and

22    31.    Sadly, few people actually know the original meaning of "thing" as a judicial meeting, or

23    assembly; a matter brought before a court of law; a legal process; a charge brought; or a suit or cause pleaded before a court. This meaning is then used with devastating effect through the

24

heretical concept of Pius X from 1908 to claim the dead apostles sit in permanent and open session as the "twelve prothonotaries" of the Sacred Rota - as the highest Supreme Court on the planet. So when a man or woman receives a blue or yellow notice from a court issued through this unholy knowledge of Canon law, by the time they come to court, they are automatically a thing. When a man or woman seeks to defend themselves by seeking to speak before the judge, they automatically "consent" to being a thing. Thus a judge with knowledge of such trickery can silence any man or woman by "lawfully" threatening contempt of court if the "thing" does not stop making noise; and

32.    Indeed, it is the Roman Cult Canon Law of 1983 that establishes all courts are oratories, with judges holding ecclesiastical powers as "ordinaries" and their chambers as "chapels". Thus the Bar Associations around the world have assisted judges in learning of their new powers in order to counteract those men and women who continue to wake up to their status as slaves, but demonstrating how to remain "in honor" with such perverse law and ensure such "terrorists" are sent to prison for long sentences as a warning to others; and

33.    If a judge so inclined to ensure an educated defendant is lawfully sent to prison or worse, he or she may run away for a third and final time to their chamber and invoke their most powerful standing as rabbi of a Talmud Court under the Talmudic Laws of the false Israelites of the House of the twelve tribes of Menasheh. Now, even a judge in a nation that is against the death penalty may choose to impose a "lawful" sentence against any goy/gyu or goyim who dares injure an Israelite – which is normally death. However, while judges in the United States and other nations have started to be trained in the re-imposition of Talmudic Law, it is at the hands of the false Menasheh, also known as the Scythians, also known as the Black Khazars and now the Ashkenazi; and

34.    The training that has been given to judges and lawyers of the Bar Associations by the Ashkenazi Rabbi is false, flawed and has no spiritual or legal basis. It is the Ashkenazi Rabbi and their families of bankers, industrialists and slave traders who were responsible for breaking the sacred covenant of the Talmud in the unlawful sacrifice of millions possessing the blood of the Menasheh by fire in World War II, the unlawful creation of the state of Israel and the ultimate breach of the covenant in creating the new covenant of the United Nations which they claim control; and

1   35.   Indeed, these arrogant, ignorant and blind rabbi and families openly proclaim themselves

2   as "Jews" – a word mysteriously introduced in the 16th Century by real Menasheh rabbi. As the

3   true definition of "jew" is goy/gyu and goyim, it is the false Menasheh, being the Scythians, also

    known as the Ashkenazi who are the self confessed heretics and the rest of us who are the true

4   Israelites; and

5   36.   In spite of the truth, in spite of their own laws they will continue to refuse to yield. For

    they have claimed control of a system designed so that no one escapes, in which no one is free

6   and the whole world remains enslaved."

7

8                              **V. Ecclesiastical Deed Poll**

9   37.   Therefore the issuance of the Ecclesiastical Deed Poll was necessary to re-establish our

    legal status, standing and competency, obtain the status of Beneficiary, have the Divine Right to

10  the use of Real Property, have the Divine right to use of Personal Property and to release our soul

11  from the Roman Cult.

    38.   It is incumbent upon the Executors and Administrators in their fiduciary duty to dissolve

12  the Cestui Que (Vie) Trusts that were created on one or more errors of presumption and to

13  provide a complete accounting of the former Estate of all assets that accumulated in the three

14  trusts and to return all real and personal property to the Beneficiary.

    39.   Should you and others as administrators and executors of the Roman Slave system fail to

15  dissolve the three Cestui Que (Vie) trusts that have bound us to the Roman slave system, your

16  dishonor is further confirmation that all of your laws heretofore are considered null and void

17  because of your Ecclesiastical Dishonor and non belief in the Divine Creator that is the basis of

    all your laws. The dishonor of our Ecclesiastical Deed Poll is further seen as a most grievous

18  injury of the law and blasphemy to all believed to be Divine.

19  40.   Further, any continued injury to the Divine Immortal Spirit in the flesh known as Ronald

20  James of the Clann Davenport will not be tolerated. A Dishonor of the Ecclesiastical Deed Poll

    will be seen by the Divine Creator as a willing consent and confession for the demonstrated

21  contempt and injury to a member of One Heaven Society and it's instruments; that contempt and

22  blasphemy of the Divine Creator will result in an automatic great spiritual binding.

23

24

# **VI. Conclusion**

41.    In Section I, the Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport has demonstrated that he is not a Roman Slave, is not under Roman Cult Slave Law, the statutes of the Roman Slave Plantation known as the UNITED STATES OF AMERICA has no legal or lawful effect upon the Divine Immortal Spirit in the flesh *ab initio*. The Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport has chosen the Canons of Positive Law to govern this case and the definitions of legal terms and has declared that all law not in the Canons of Positive Law are reprobate and repugnant to the Divine Creator. The Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport has declared that all documents signed or sealed bearing the name of RONALD J DAVENPORT or any other orthographic variation thereof prior to December 2, 2010 are all legally null and void because they were signed by a Roman Slave that is dead with no rights.

42.    In Section II., this court lacks the voluntary consent of the Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport because all signatures, seals, marks, verbal utterances, oaths, promises, signs and gestures are void *ab initio* as they were obtained under extreme Duress. Duress vitiates all presumed consent and therefore the court lacks jurisdiction to continue and must dismiss with prejudice on this point alone. The prosecution failed to transfer liability of the case onto the unsuspecting victim and now must pay for charges out of his pocket.

43.    In Section III., the Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport made many mistakes and most mistakes were a direct result of the Public Media Organ programming the mind to believe that we had rights and built in laws to protect our rights against the tyranny of government. That concept of freedom is what the Roman Slave Handlers need and want because without the concept or the yearning of freedom then slavery could not flourish. It is clear from the above outlined facts contained in section III. that the intent of persons unknown to us was the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property. The three denied rights corresponds exactly to the three forms of law available to Bar Association Courts, the first being commercial law, second is maritime law and third is Talmudic law. The net effect of the three Cestui Que (Vie) Trusts on us is that we are viewed as an incompetent dead person with no rights, no standing in the eyes of the law and the lost benefit of being a Beneficiary to the Divine True Trust.

1    44.    Section IV outlines in great detail the condition of the entire Homo Sapien race

2    throughout the world. The enslavement of the entire world for the benefit of a few is beyond the

pale. This is an abomination in the eyes of the Divine Creator and must Stop NOW.

3    45.    Section V outlines the purpose of the Ecclesiastical Deed Poll which is the dissolving of

4    the 3 Cestui Que (Vie) Trusts that were created by false presumptions and have in effect bound

5    the Divine Immortal Spirit in the flesh known as Ronald James of the Clann Davenport into the

Roman System of Slavery.

6    46.    Taking into account items 1 through 45 above, the Divine Immortal Spirit in the flesh

7    known as Ronald James of the Clann Davenport hereby orders this court to Dissolve the Three

8    Cestui Que (Vie) Trusts within seven (7) days as outlined in the Ecclesiastical Deed Poll that is

annexed to this instrument and incorporated as a part of this Petition and to issue an order to

9    Dismiss this instant case with prejudice immediately.

10

11    <u>Right Thumb Print in BLOOD</u>
Trust Recipient,
12    No 983147-321018-220052

13

## <u>ARTICLES OF POSITIVE LAW</u>
14    www.one-heaven.org

15    **Article 64 - Reprobate**
Canon 1012-Any Form that is Reprobate is considered rejected, cast off as worthless, immoral, damned and an
16    injury before the sight of the Divine Creator. Canon 1013-In accordance with these canons and by Divine Law, no
valid canon may be reprobate by any force, person, entity or spirit. Canon 1014-In accordance with these canons and
17    by Divine Law, all laws claiming to be canon law that are not lawfully part of these canons are hereby reprobate.

18    **Article 114 - Consent**
Canon 1408-Consent is the agreement of one Party to a claim presented by another. In the absence of consent of all
19    parties, Justice does not exist. Canon 1409-No Injury can be complained by a consenting Party. Canon 1410-Silence
by the court, not the parties of a case, is consent. Canon 1411-In the absence of fraud and deception, consent
20    removes or obviates a mistake. Canon 1412-Any witness before the courts who witnesses a claim before them and
does not deny, therefore admits. However, without witnessing such a claim, even in silence, nothing can be
rightfully concluded. Canon 1413-In the absence of any threat or fear, silence to an accusation duly disclosed may
21    be inferred as consent. Canon 1414-The agreement of the parties makes the law of the contract. Canon 1415-Unless
deceit can be proven, a person who consents cannot reject the obligation arising. Canon 1416-When any matter is
brought before a court having established proper jurisdiction and when  consent has been given by both parties for
22    the matter to be heard by a judge and/or jury, a proper contract then exists between all parties to seek resolution by a
judgment. Canon 1417-When duress is evident upon one party in bringing a matter before the court, whether it be by
23    the presence of armed court officials, or the use of threat and intimidation, then no valid contract exists and no
judgment on the matter can be considered to have been properly rendered as due process of law has not been
followed. Canon 1418-Fraud negates consent.
24

1

## Article 117 - Surety

Canon 1432- No man or woman may be forced to act as Surety to a particular Person, especially when the Trustee
2   or Owner of that Person may have acted deceptively and dishonorably in failing full disclosure of attached rights
and obligations. Canon 1433-When any Official Person, Trustee or Owner acts in a deliberately deceptive and
3   dishonorable manner in order to compel a man or woman to act as Surety for a Person, all debts and liabilities for
that Person automatically are assumed by the Official, including consent for any punitive action including the
charging of Criminal Offences and expulsion from Office. Canon 1434-When any Official Person, Trustee or Owner
4   acts in a deliberately deceptive and dishonorable manner in order to compel a man or woman to act as Surety for a
Person, any ordinances, orders or punishments are automatically unlawful, having no validity or effect. An Official
5   charged with unlawful orders or punishments may not claim any form of immunity. Canon 1435-Excluding
deliberate fraud or deception, a man or woman cannot extinguish their Surety for a Person until any debts and
liabilities are paid, unless the Person is an Inferior Person. In such a case, the man and woman must give proper
6   notice of non-consent as surety and for all debts and liabilities to be returned to the Trustee to be sent to the Owner
of the Inferior Person for payment.

7

## Article 133 - Ecclesiastical Deed Poll

8   Canon 1553-An Ecclesiastical Deed Poll is a valid Form of Deed Poll and therefore Deed and Contract whereby a
True Person first expresses, affirms and conveys certain rights to another party who are then lawfully bound upon
proof of receipt. Canon 1554-An Ecclesiastical Deed Poll is primarily different from a standard Deed Poll in that a
9   True Person evokes their Divine Rights conveyed on Robin-egg blue paper and sealed in blood to a Roman Person
who has sought to usurp or abrogate these rights. Canon 1555-An Ecclesiastical Deed Poll is permitted to be issued
10   when an inferior Roman Person rejects the rule of law and seeks to assert an untenable and illogical position of
superior rights over Divine Law. Canon 1556-Only a True Person may issue an Ecclesiastical Deed Poll. By
definition an inferior Roman Person has no authority to issue an Ecclesiastical Deed Poll. Canon 1557-An
11   Ecclesiastical Deed Poll must always be on robin-egg blue paper in recognition and respect of its status as a Divine
Notice with the full authority of One Heaven, in particular the Sacred Rota and twelve Apostolic Prothonotaries as
12   well as Apostolic Prothorabban of the Divine Sanhedrin. Canon 1558-A valid Ecclesiastical Deed Poll must always
be sealed in the blood of the Trustee of the True Trust issuing it by using their thumbprint for the following
13   fundamental reasons:
(i) The blood of the Trustee of the True Trust and the content of the Ecclesiastical Deed Poll prove the fraud and
error of the continued existence of any Cestui Que ((Vie)) Trust in assuming the body is "dead"; and
14   (ii) The infusing of the blood of the Trustee onto the paper breathes life into the paper, creating an instrument
superior in standing than even an inferior Roman Papal Bull. Therefore, if the document is dishonored, then all
15   documents ever issued by any society under Roman law must also by definition be null and void; and
(iii) The use of blood in this manner perfects an unbreakable seal of an unbreakable deed and contract. Therefore,
any inferior Roman court that usurps it openly admits that contract law under inferior Roman law no longer exists.
16   Canon 1559-When an Ecclesiastical Deed Poll is issued, it is under the Supreme Court of One Heaven with the full
authority of the Divine Creator and all inferior courts including the Sacred Rota. Hence the term Per Curiam Divina
17   is always included to make clear to the inferior Roman person the absolute authority of the instrument. Canon 1560-
While a True Person issues an Ecclesiastical Deed Poll, it is ultimately a Divine Notice of Protest and Dishonor
18   from the Divine Creator. Therefore, the dishonor of an Ecclesiastical Deed Poll is the most grievous injury of the
law and blasphemy to all believed to be Divine. Canon 1561-When an Ecclesiastical Deed Poll is dishonored by a
representative of Roman law, Sharia law or Talmudic law, it is public notice by all officials of those religions and
19   systems that they do not believe in the Divine and that all their law is by definition null and void. Canon 1562-When
a Roman slave under inferior Roman law repudiates a valid Ecclesiastical Deed Poll then by definition all acts
20   undertaken with the assumed authority of Sacred Rota by any clerk, protonotary, prothonotary, plenipotentiary or
minister are null and void, including and not limited to any warrants, summons, orders, decrees. Canon 1563-An
Ecclesiastical Deed Poll must always be on robin-egg blue paper and glued strongly to the reverse of a copy of the
21   1st page of any notice, demand, summons sent by the inferior Roman Person. Canon 1564-A valid Ecclesiatical
Deed Poll conforms to the following precise words, with any bracketed text (including the brackets) removed and
22   replaced with the personalized information: See the reverse of the Indictment annexed to this Petition.

23

24

## Article 134 - Constitution

Canon 1570-A Constitution is a particular Form of Deed of an implied Testamentary Trust forming an Estate, a Body Corporate and therefore Corporate Personality administered by Executors and their Administrators for the Heirs and Beneficiaries of the Estate. Canon 1571-Constitutions may be distinguished from other Deeds and Wills forming an Estate typically several significant factors:

(i) The Executors of an Estate formed by Constitution are typically appointed    by the Heirs or their Successors by a Vote, or by a General Election and Vote by the Beneficiaries and then endorsed by the Heirs or their Successors;

and, (ii) The size of the Estates formed by Constitution can be extremely large, sometimes covering tens of thousands of miles of land and attached chattel, immovables and other property; and,

(iii) The number of Beneficiaries of the Estate formed by Constitution can also  be extremely large, sometimes involving tens of millions of men and woman; and,

(iv) Beneficiaries are lawfully entitled to their benefits under a Will, therefore the Executors and Administrators must issue some certificate of share entitlement to each beneficiary. This occurs, but is deliberately circumvented by using the trickery of Cestui Que ((Vie)) Trusts; and,

(v) The true legal personality, structure and operation of Estates formed by Constitution are hidden from the Beneficiaries in direct contradiction to the    principles and terms of valid consent under any Benefits granted by Will. Canon 1572-A Corporation cannot exist without belonging to an Estate. An Estate cannot exist and function without a functioning Deed and Will. Therefore any State or Nation registered or operating as a Corporation or Corporate Personality must by definition belong to an Estate guided by a functioning Deed and Will (Constitution). Canon 1573-As a Constitution is a Will, a Person can never be an Heir to it, only a Beneficiary.

## Article 137 - Duress

Canon 1597-Duress or coercion is any threat, fear or inducement directed against a Person to act or refrain  from acting in a manner they would otherwise not consider in the absence of the threat, fear or inducement. Canon 1598-Any consent granted under Duress has no effect and is null and void from the beginning. Canon 1599-Any agreement sealed and consented under Duress has no effect. Canon 1600-Any testimony given under Duress has no validity and cannot be used as Evidence in any Competent Forum.

## Article 142 - Mistake

Canon 1624- A Mistake, also known as a Mistake of Fact is an erroneous belief or trust that certain facts are true when committing a reasonable action. A Mistake of Fact does not exist when an action is considered unreasonable. Canon 1625-A Reasonable action in terms of a Mistake of Fact is any action that one would expect to represent the norms of respectful society and behavior, thus excluding such actions as violence, depravity, perfidy, fraud and other acts considered universally as antisocial and grossly disrespectful. Canon 1626-A Mistake of Fact is not permitted to be argued when the alleged actions by the person are grossly unreasonable. Canon 1627-In the permitted admission of a Mistake of Fact, any assumed surety for liability from alleged injury ceases to exist. Canon 1628-A person is not considered to consent who commits a mistake. Canon 1629-Any person permitted to admit a Mistake of Fact must be offered relief to any alleged injury in addition to cessation of any claimed surety for any liabilities associated with the alleged injury. Canon 1630-Any competent authority that refuses to release a person from surety for any liability upon a permitted admission of Mistake of Fact fully consents to assume the liability for themselves. Canon 1631-Any competent authority that refuses to offer relief to a person upon a permitted admission of Mistake of Fact is guilty of fraud and a gross injury to the law. Canon 1632-When a person has been deliberately deceived by fraud, then neither mistake nor injury exists. Canon 1633-Excluding fraud, consent obviates a mistake.

## Article 147 - Misrepresentation

Canon 1653-Misrepresentation is when one party of an agreement makes false and misleading statements of fact to the other party in order to induce an agreement or secure some other advantage. Canon 1654-Misrepresentation is equivalent to fraud in the effect that once proven, it causes the extinction of any contract with forgiveness of all obligations and debts of the victim. A Competent Authority may also award further damages against the party guilt of misrepresentation. Canon 1655-False and misleading statements of fact in reference to Misrepresentation are required to be proven to be deliberately and knowingly false, done with the intention of inducing a party to contract or secure some other defined advantage within the agreement. Canon 1656-Silence is to be regarded as a potential form of misrepresentation. Lack of full disclosure is  also to be regarded as a form of misrepresentation. Canon 1657, A technical distortion of fact may not of itself be sufficient proof of misrepresentation when it can be shown to be a mistake of fact. Canon 1658-Unless concealment by silence or lack of disclosure can be shown, a

1   change in circumstances   between an offer, or a consideration and a final agreement before consent is not of itself
    sufficient grounds for misrepresentation. Canon 1659-The use of terms without proper disclosure as to their legal
2   effect is a form of Misrepresentation. Canon 1660-Any Mortgage agreement that fails to properly disclose the
    financial institution as Landlord, the borrower as Tenant and the agreement as a lease, with interest payments being
    rent is a form of gross misrepresentation. In accordance with these canons and Pactum De Singularis Caelum all
3   such agreements   are hereby summarily rendered null and void with the offending financial institution accepting full
    liability  and obligations for their deliberate misrepresentation as penalty.

4
    ## Article 148-Concealment
5    Canon 1661-Concealment is the deliberate obscuring of one or more attributes of a Form by rendering its
    identification from view inconspicuous, deceptive, camouflaged or all three. The most common purpose of
    concealment is secrecy. Canon 1662-Concealment is equivalent to hiding a form in plain sight. Canon 1663-
6   Concealment is a form of deliberate misrepresentation rendering any agreement null and void. Canon 1664-The
    most ancient model of concealment is with information in which an encoded message of  true information is
7   concealed in a random or meaningless set of statements or characters. A key or cipher is then needed to unlock the
    concealed information and extract the truth. Canon 1665-As all complex systems may be resolved to a few simple
8   axioms, it has been a tradition that  the most important and powerful Forms of knowledge and ideas by which a
    society functions are deliberately concealed from all but a few who possess the right key. Canon 1666-The symbol
    of the key is the most common symbol signifying true knowledge from false knowledge on account of the ancient
9   tradition of publishing deliberately false knowledge in which truth is concealed in plain sight. Canon 1667-
    Concealment is a form of fraud. Canon 1668-The most common use of concealment is with knowledge, most
10  specifically those Forms that constitute foundational ideas upon which major elements of society function. As the
    true knowledge is hidden amongst deliberately false knowledge, the ability to decipher is rendered extremely
11  difficult without a key to unlock and extract the truth.  Canon 1669-The inferior Roman legal system is deliberately
    complex with volumes of texts in order to deliberately conceal, confuse and ensure knowledge of the law is
    excluded for all but a very few. Canon 1670-At it is a primary objective of the inferior Roman legal system to
12  conceal, defraud and usurp the law, in accordance with these canons, all inferior Roman legal dictionaries, texts and
    books hereby hold no lawful value nor merit other than their historical interest in how men and woman were denied
13  access to true law for so long. Canon 1671-The inferior Roman finance and banking system is deliberately complex
    with volumes of  statutes and procedures designed to deliberately conceal the nature of trade and use of value to all
    but a very few. Canon 1672-As the statutes of the inferior Roman finance and banking system is predicated on fraud,
14  no contract or negotiable instrument issued under Roman finance law can possibly claim to be valid unless by
    acknowledging the supreme authority of these canons, the superiority of the Supreme Financial System and the
15  sacred covenant Pactum De Singularis Caelum.

16

17

18

19

20

21

22

23

24

1

# CERTIFICATE OF SERVICE

2   I, Trust Recipient No. 983147-321018-220052 do affirm and say, that I am over the age of twenty-one years, competent with firsthand knowledge, and so say that following normal business procedures, I

3 mailed or hand delivered the Petition to Dismiss and annexed to and made a part of the Petition the three page Indictment CR-10-0061-LRS [KI] with the Ecclesiastical Deed Poll glued to the reverse side of page

4 one and page three to:

Mr. Garr King

5 d/b/a Judge, U.S. District Court E. Washington
920 W. Riverside

6 Spokane, Washington 99201

7 Mr. Brian D. Bailey
d/b/a U.S. Trial Attorney

8 P.O. Box 972
Washington, D.C. 20044

9 Mr. Christopher P. O'Donnell
d/b/a U.S. Trial Attorney

10 P.O. Box 972
Washington, D.C. 20044

11

12

13                       Right Thumb Print in BLO[...]
                      Trust Recipient,

14                       No 983147-321018-220052

15

16

17

18

19

20

21

22

23

24

JOHN A. DiCICCO
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division
BRIAN D. BAILEY
CHRISTOPHER P. O'DONNELL
Trial Attorneys
Western Criminal Enforcement Section
P.O. Box 972
Washington, D.C. 20044
Telephone: (202) 514-8031
e-mail: brian.d.bailey@usdoj.gov
        christopher.p.o'donnell@usdoj.gov

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | **CR-10-0061-LRS** |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Vio:  18 U.S.C. § 1521 |
| RONALD JAMES DAVENPORT, | ) | FALSE LIENS |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT 1

That on or about December 10, 2009, in the Eastern District of Washington, RONALD JAMES DAVENPORT filed in the public records of the Spokane County Auditor a false lien and encumbrance against the real and personal property of James A. McDevitt, an officer and employee of the United States Government, on account of James A. McDevitt's performance of official duties, knowing and having reason to know that the lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a

INDICTMENT - 1

# Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust to the Living Flesh known as Ronald James of the Clann Davenport hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made, that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this Instrument make Our status clear, any temporary testamentary trust, estate and title or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to Us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust Ronald James Clann Davenport and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer to receive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further inquiry, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.

Right Thumb print

To: Executors and Administrators
Care of: Executive Court Administrator
U.S. District Court, Eastern Washington
920 W. Riverside, Spokane, Washington 99201
re: Indictment and Criminal Case # CR-10-0061-KI

1   claim that Mr. McDevitt owed defendant $5,184,000,000, all in violation of 18 U.S.C. § 1521.

2
                                      COUNT 2
3
4       That on or about December 10, 2009, in the Eastern District of Washington, RONALD

5   JAMES DAVENPORT filed in the public records of the Spokane County Auditor a false lien

6   and encumbrance against the real and personal property of Rolf H. Tangvald, an officer and

7
    employee of the United States Government, on account of Rolf H. Tangvald's performance of
8
9   official duties, knowing and having reason to know that the lien and encumbrance was false and

10  contained materially false, fictitious, and fraudulent statements and representations, including a

11  claim that Mr. Tangvald owed defendant $5,184,000,000, all in violation of 18 U.S.C. § 1521.

12
13                                    COUNT 3

14      That on or about December 10, 2009, in the Eastern District of Washington, RONALD

15  JAMES DAVENPORT filed in the public records of the Spokane County Auditor a false lien

16  and encumbrance against the real and personal property of James R. Larsen, an officer and

17
    employee of the United States Government, on account of James R. Larsen's performance of
18
19  official duties, knowing and having reason to know that the lien and encumbrance was false and

20  contained materially false, fictitious, and fraudulent statements and representations, including a

21  claim that Mr. Larsen owed defendant $5,184,000,000, all in violation of 18 U.S.C. § 1521.

22
23                                    COUNT 4

24      That on or about December 17, 2009, in the Eastern District of Washington, RONALD

25  JAMES DAVENPORT filed in the public records of the Whatcom County Auditor a false lien

26  and encumbrance against the real and personal property of William A. Waight, an officer and

27
    employee of the United States Government, on account of William A. Waight's performance of
28

INDICTMENT - 2

official duties, knowing and having reason to know that the lien and encumbrance was false and

contained materially false, fictitious, and fraudulent statements and representations, including a

claim that Mr. Waight owed defendant $5,184,000,000, all in violation of 18 U.S.C. § 1521.

DATED this 22 day of June, 2010.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

John A. Dicicco
Acting Assistant Attorney General

_____
Christopher P. O'Donnell
Trial Attorney

INDICTMENT - 3

# Ecclesiastical Deed Poll

**Per Curiam Divina**

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as Ronald James of the Clann Davenport hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and forms pronounced herein:

1.    While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2.    As our actions and this instrument make Our status clear, that a temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to US without delay; and

3.    To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety is Our Trust, Ronald James Clann Davenport and kindly ask you to update your records; and

4.    Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5.    As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against us in claiming injury as surety to the property you administer; and

6.    Receipt of this Deed Poll is your acknowledgement and acceptance.

Right Thumb print 

To: Executors and Administrators
Care of: Executive Court Administrator
U.S. District Court, Eastern Washington
920 W. Riverside, Spokane, Washington 99201
re: Indictment and Criminal Case # CR-10-0061-KI